UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60719-LEIBOWITZ/AUGUSTIN-BIRCH

**GEORGE RONALD COPELAND,** *et al.,*
    *Plaintiffs*,

v.

**BDC UNITED, LLC,** *et al.,*
    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [ECF No. 72], filed on July 15, 2025, in which United States Magistrate Judge Panayotta Augustin-Birch recommends GRANTING IN PART and DENYING IN PART Plaintiffs' Verified Motion for Default Judgment [ECF No. 64] (the "Motion") in this action brought under the Fair Labor Standards Act ("FLSA"). Judge Augustin-Birch recommends entering default judgment against Defendants, jointly and severally, in the total amount of $131,567.03. [*Id.* at 16]. Specifically, the Judge Augustin-Birch recommends awarding (1) Plaintiff Copeland $78,553.92 in damages; (2) Plaintiff Etiene $4,364.67 in damages; (3) Plaintiff Delgado $24,860.72 in damages; and (4) Plaintiff Barefoot $23,787.82 in damages. [*Id.*].

The undersigned previously referred the Motion to Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 66]. Magistrate Judge Augustin-Birch held a hearing on the Motion on June 11, 2025. [See *PAPERLESS MINNUTE ENTRY,* ECF No. 72]. Since the Report and Recommendation was filed on July 15, 2025, no objections were filed during the 14-day objection period. Thus, having reviewed the Motion, the record, the Report and

Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 72]** is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Verified Motion for Default Judgment **[ECF No. 64]** is **GRANTED IN PART** and **DENIED IN PART**.

3. Plaintiffs are entitled to default judgment against Defendants BDC United, LLC, Melanie Cahow, and Joseph Callejo under the Fair Labor Standards Act in unpaid minimum wages, unpaid overtime wages, and liquidated damages as set forth in the Report and Recommendation [ECF No. 72], which is fully incorporated herein.

4. Final Judgment in accordance with this Order and Rule 58 of the Federal Rules of Civil Procedure shall issue separately.

**DONE AND ORDERED** in the Southern District of Florida on July 30, 2025.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:   counsel of record