UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60719-LEIBOWITZ/AUGUSTIN-BIRCH

**GEORGE RONALD COPELAND,** *et al.,*
    *Plaintiffs*,

v.

**BDC UNITED, LLC,** *et al.,*
    *Defendants.*

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiffs' Motion for Costs and Motion for Attorney's Fees [ECF No. 86], filed on December 22, 2025, in which United States Magistrate Judge Panayotta Augustin-Birch recommends GRANTING IN PART and DENYING IN PART Plaintiffs' motions for costs and fees in this action brought under the Fair Labor Standards Act ("FLSA"). [*Id.* at 6]. Specifically, Judge Augustin-Birch recommends awarding Plaintiffs $859.00 in costs and $20,600.00 in attorney's fees for a total award of $21,459.00. [*Id.*].

The undersigned previously referred Plaintiffs' motions for costs and fees to Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 80]. Since the Report and Recommendation was filed, no objections were filed during the 14-day objection period. Thus, the undersigned's having reviewed Plaintiffs' motions [ECF Nos. 75 and 78], the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Magistrate Judge's Report and Recommendation [ECF No. 86] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

    2.    Plaintiffs' Motion for Bill of Costs [**ECF No. 75**] is **GRANTED IN PART** and

       **DENIED IN PART**.

3. Plaintiffs' Motion for Attorney's Fees [**ECF No. 78**] is **GRANTED IN PART** and **DENIED IN PART**.

4. The Court awards Plaintiffs **$859.00 in costs** and **$20,600.00 in attorney's fees** for a **total award of $21,459.00**.

**DONE AND ORDERED** in the Southern District of Florida on January 7, 2026.

                                            DAVID S. LEIBOWITZ
                                            UNITED STATES DISTRICT JUDGE

cc:    counsel of record